IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| RONALD D. FOWLER | ) | Case No. 08 B 14068 |
| and LILLIAN J. FOWLER, | ) | |
| | ) | |
| Debtor(s). | ) | Judge Manuel Barbosa |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

NOW COMES Charles J. Myler, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.   The Petition commencing this case was filed on May 31, 2008. Charles J. Myler was appointed Trustee on May 31, 2008. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of February 28, 2009 is as follows:

    a. RECEIPTS (See Exhibit C)     $5,313.12

    b. DISBURSEMENTS (See Exhibit C)     $0.00

    c. NET CASH available for distribution     $5,313.12

    d. TRUSTEE/PROFESSIONAL COSTS:

        1. Trustee compensation requested (See Exhibit E)     $1,281.31

        2. Trustee Expenses (See Exhibit E)     $14.42

        3. Compensation requested by attorney or other professionals for trustee (See Exhibit F)     $1,980.00

5. The Bar Date for filing unsecured claims expired on September 25, 2008.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. (See Exhibit D) The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a. Allowed unpaid secured claims     $0.00

    b. Chapter 7 administrative and 28 U.S.C. §1930 claims     $3,275.73

    c. Allowed Chapter 11 administrative claims     $0.00

    d. Allowed priority claims     $0.00

    e. Allowed unsecured claims     $121,181.25

7. Trustee proposes that unsecured creditors receive a distribution of 1.681% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorney's, accountant's, or other professional's compensation requested but not yet allowed is $1,980.00. The total of Chapter 7 professional fees and

expenses requested for final allowance is $1,980.00. Trustee counsel voluntarily reduces his attorney's fees by $1,000.00 in order to provide a larger dividend to unsecured creditors. (See Exhibit G).

9.    A fee of $3,500.00 was paid to debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: March 24, 2009

/s/ Charles J. Myler
Charles J. Myler, ARDC# 2008602
105 E. Galena Blvd., 8th Floor
Aurora, IL 60505
(630) 897-8475

## TASKS PERFORMED BY TRUSTEE

It was determined at the first meeting of creditors that the debtors were the owners of a 2006 Crossroads Zinger trailer which was unencumbered. Trustee retained counsel and worked with counsel to obtain a transfer of the trailer to American Auction Associates. American Auction Associates eventually sold the trailer at auction and the trustee deposited the proceeds in the estate account. Trustee also worked with trustee counsel in checking claims, prepared the final report and answered several telephone calls from creditors inquiring about the estate. It is estimated that 4 hours were spent in trustee time in this estate.

EXHIBIT A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-14068 5  
Case Name: FOWLER, RONALD D  
FOWLER, LILLIAN J  
Period Ending: 02/28/09

Trustee: (330510)   CHARLES J. MYLER  
Filed (f) or Converted (c): 05/31/08 (f)  
§341(a) Meeting Date: 06/23/08  
Claims Bar Date: 08/25/08

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2053 Spaulding Avenue, West Dundee, IL 60118, J | 335,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with Harris Bank | 802.48 | 0.00 | DA | 0.00 | FA |
| 3 | living room furniture, family room furniture, ba | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Books, family pictures, CDs, DVDs | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | One set of men's casual & work clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | One set of women's casual and work clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | One set of men's casual and dress clothing (son) | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | One set of women's casual and dress clothing (da | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Men's watch, wedding rings, costume jewelry | 150.00 | 0.00 | DA | 0.00 | FA |
| 10 | Camera, movie camera | 200.00 | 0.00 | DA | 0.00 | FA |
| 11 | Ceramic Tile and Terrazzo Local 67 B.A.C. Pensio | 47,954.24 | 0.00 | DA | 0.00 | FA |
| 12 | 1997 Ford E150 Van with 246,000 miles in poor co | 1,400.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1999 Ford E350 Van with 247,500 miles in poor co | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1995 Honda Civic with 58,000 miles in fair condi | 1,950.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2006 Crossroads Zinger | 10,000.00 | 10,000.00 | | 5,311.87 | FA |
| 16 | 2005 Volvo V50 with over 51,000 miles | 14,600.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.25 | Unknown |
| 17 | Assets  Totals (Excluding unknown values) | $417,656.72 | $10,000.00 | | $5,313.12 | $0.00 |

Printed: 03/23/2009 04:27 PM   V.11.03

EXHIBIT

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-14068 5
**Case Name:** FOWLER, RONALD D
 FOWLER, LILLIAN J
**Period Ending:** 02/28/09

**Trustee:** (330510)    CHARLES J. MYLER
**Filed (f) or Converted (c):** 05/31/08 (f)
**§341(a) Meeting Date:** 06/23/08
**Claims Bar Date:** 08/25/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**
Trustee sold trailer; will file final report

**Initial Projected Date Of Final Report (TFR):** September 30, 2008    **Current Projected Date Of Final Report (TFR):** March 31, 2009

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 08-14068 5 |
|---|---|
| Case Name: | FOWLER, RONALD D |
| | FOWLER, LILLIAN J |
| Taxpayer ID #: | 54-6799009 |
| Period Ending: | 02/28/09 |

| Trustee: | CHARLES J. MYLER (330510) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****28-65 -- Money Market Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/24/08 | {15} | American Auction Associates, Inc. | Sale of trailer | 1129-000 | 5,311.87 | | 5,311.87 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.06 | | 5,311.93 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.41 | | 5,312.34 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 5,312.71 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,312.92 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,313.12 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | | 5,313.12 | 0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 |
| Subtotal | | 5,313.12 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| NET Receipts / Disbursements | | $5,313.12 | $0.00 |

Net Receipts :      5,313.12
Net Estate :        $5,313.12

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ****-*****28-65 | 5,313.12 | 0.00 | 5,313.12 |
| | $5,313.12 | $0.00 | $5,313.12 |

EXHIBIT C

{} Asset reference(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) Chapter 7
)
)
RONALD D. FOWLER ) Case No. 08 B 14068
and LILLIAN J. FOWLER, )
)
Debtor(s). ) Judge Manuel Barbosa

## DISTRIBUTION REPORT

I, Charles J. Myler, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $3,275.73 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $2,037.39 |
| Other: | $0.00 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $5,313.12 |

EXHIBIT D

5

**DISTRIBUTION REPORT**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $4,275.55 | 76 |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| Charles J. Myler, Trustee | $1,281.31 | $1,281.31 |
| Charles J. Myler, Expenses | 14.42 | 14.42 |
| Myler, Ruddy & McTavish | 2,980.00 | 1,980.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| | $ | $ |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| | $ | $ |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,000 (less applicable withholdings) | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| | $ | $ |

| | TOTAL | FINAL |
|---|---|---|

| 5. TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Plans | $0.00 | |
| **CLAIM NO. CREDITOR** | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $2,000 | $0.00 | |
| **CLAIM NO. CREDITOR** | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $900 | $0.00 | |
| **CLAIM NO. CREDITOR** | AMOUNT ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Tax Liens | $0.00 | |
| **CLAIM NO. CREDITOR** | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Tax claims excluding fines and penalties | $0.00 | |
| **CLAIM NO. CREDITOR** | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Capital Commitments to FDIC, et al. | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|
| **11. TYPE OF CLAIMS**<br>§726(a)(2) - General Claims<br>(To be paid *pro-rata* after costs of administration and priority claims are paid in full) | TOTAL AMOUNT OF CLAIMS<br>$121,181.25 | FINAL DIVIDEND %<br>1.681 |
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
| 1. Atty. Dennis B. Porick | $7,359.20 | $125.68 |
| 2. Atty. Dennis B. Porick | $2,356.23 | $40.24 |
| 3. Discover Bank | $7,249.71 | $123.81 |
| 4. Recovery Mngmnt Systems | $398.65 | $6.81 |
| 5. Chase Bank | $17,738.49 | $302.95 |
| 6. Chase Bank | $1,087.10 | $18.57 |
| 7. Chase Bank | $15,153.09 | $258.79 |
| 8. PYOD/Citibank | $5,632.79 | $96.20 |
| 9. PYOD/Citibank | $865.57 | $14.78 |
| 11. PYOD/Citibank | $30,727.53 | $524.78 |
| 12. Carpet Cushions | $759.57 | $12.97 |
| 13. PYOD/Citibank | $21,186.41 | $361.83 |
| 14. PYOD/Citibank | $8,781.70 | $149.98 |
| **12. TYPE OF CLAIMS**<br>§726(a)(3) - Late unsecured claims. | TOTAL AMOUNT OF CLAIMS<br>$0.00 | FINAL DIVIDEND % |
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
| **13. TYPE OF CLAIMS**<br>§726(a)(4) - Fines/penalties | TOTAL AMOUNT OF CLAIMS<br>$0.00 | FINAL DIVIDEND % |
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
| **14. TYPE OF CLAIMS**<br>§726(a)(5) - Interest<br>(____% from date of filing to | TOTAL AMOUNT OF CLAIMS<br>$0.00 | FINAL DIVIDEND % |

8

anticipated date of distribution
(_____)

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| 15. TYPE OF CLAIMS §726(a)(6) - Surplus to Debtor | TOTAL AMOUNT OF CLAIMS $0.00 | FINAL DIVIDEND % |
|---|---|---|

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 10 | AmeriCredit Financial PO Box 183853 Arlington, TX 76096 | $16,012.38 | Disallowed by court order |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: March 24, 2009

Charles J. Myler, Trustee, ARDC# 2008602