UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) |
| RONALD D. FOWLER and | ) Case No. 08 B 14068 |
| LILLIAN J. FOWLER, | ) |
| | ) |
| *Debtor(s).* | ) Judge Manuel Barbosa |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: KANE COUNTY COURTHOUSE, 100 S. THIRD ST., ROOM 140, GENEVA, IL 60134

   On: **August 6, 2009**                              Time: 10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transaction such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $5,313.12 |
   | Disbursements | $0.00 |
   | Net Cash Available for Distribution | $5,313.12 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | Charles J. Myler, Trustee | $0.00 | $1,281.31 | $14.42 |
   | Myler, Ruddy & McTavish, Attorneys for trustee | $0.00 | $1,980.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be $0%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim $ | Proposed Payment $ |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $121,181.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 1.681%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1. | Atty. Dennis B. Porick | $7,359.20 | $125.68 |
| 2. | Atty. Dennis B. Porick | $2,356.23 | $40.24 |
| 3. | Discover Bank | $7,249.71 | $123.81 |
| 4. | Recovery Mngmnt Systems | $398.65 | $6.81 |
| 5. | Chase Bank | $17,738.49 | $302.95 |
| 6. | Chase Bank | $1,087.10 | $18.57 |
| 7. | Chase Bank | $15,153.09 | $258.79 |
| 8. | PYOD/Citibank | $5,632.79 | $96.20 |
| 9. | PYOD/Citibank | $865.57 | $14.78 |
| 11. | PYOD/Citibank | $30,727.53 | $524.78 |
| 12. | Carpet Cushions | $759.57 | $12.97 |
| 13. | PYOD/Citibank | $21,186.41 | $361.83 |
| 14. | PYOD/Citibank | $8,781.70 | $149.98 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn St., 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The trustee proposes to abandon the following property at the hearing:

Dated: **July 9, 2009**                                                                                   For the Court,

                                                                                              By:   **KENNETH S. GARDNER**
                                                                                                      Kenneth S. Gardner
                                                                                                      Clerk of the U.S. Bankruptcy Court
                                                                                                      219 So. Dearborn St., 7th Floor
                                                                                                      Chicago, IL 60604

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Jul 09, 2009
Case: 08-14068                 Form ID: pdf002              Total Noticed: 59

The following entities were noticed by first class mail on Jul 11, 2009.
db/jdb        +Ronald D Fowler,    Lillian J Fowler,    2053 Spaulding Avenue,    West Dundee, IL 60118-3523
aty           +Richard G Larsen,    Myler, Ruddy & McTavish,    105 E. Galena Blvd., 8th Floor,
                Aurora, IL 60505-3338
aty           +Ronald P Strojny Sr,    Ronald P Strojny Sr Attorney at Law,    5839 W 35th St,
                Cicero, IL 60804-4255
tr            +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
                Aurora, IL 60505-3338
12447470     ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,    PO Box 183853,
                Arlington, TX 76096)
12288599      Ace American Insurance,    Attn: Bankruptcy Dept,    Dept CH 14089,    Palatine, IL 60055-4089
12288600      Ace Insurance,    Wilmington Financial Center,    Routing 1275, One Beaver Valley Rd,
                Wilmington, DE 19850
12288602      American Olean,    805 Mark Street,    Elk Grove Village, IL 60007-6705
12288603     +Americredit Financial Services,    Bankruptcy Department,    PO Box 351,
                Fort Worth, TX 76101-0351
12288604     +Brennan & Clark Ltd.,    721 E Madison,    Suite 200,    Villa Park, IL 60181-3083
12401628     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
12288605     +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
12288606     +Carpet Cushions (CCS),    1520 Pratt Blvd,    Elk Grove Village, IL 60007-5715
12288607     +Chase,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
12405170     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
12288608     +Citibank,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12288609     +Citibank,    Attention: Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12288610     +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12288611     +Citifinancial Retail S,    Po Box 140489,    Irving, TX 75014-0489
12288612     +Citifinancial Retail Services,    Po Box 140489,    Irving, TX 75014-0489
12288613      Citifinancial Retail Services,    PO Box 22060,    Tempe, AZ 85285-2060
12288615     +Construction Specialties, Inc,    DecoGaurd Products Division,    PO Box 380,
                Muncy, PA 17756-0380
12288614     +Construction Specialties, Inc,    Grandentrance Division,    4640 Wedgewood Blvd, Suite 108,
                Frederick, MD 21703-7115
12288616     +Daltile,    1601 Pratt Blvd,    Elk Grove Village, IL 60007-5716
12288618     +Fashion Bug/soanb,    Attn: Bankruptcy,    6356 Corley Rd,    Norcross, GA 30071-1704
12288619     +Florstar,    1075 Taylor Road,    Romeoville, IL 60446-4265
12288624     +Gtwy/cbusa,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
12288625     +Harris N A,    Po Box 94034,    Palatine, IL 60094-4034
12288626     +Harris Trust& Savings,    111 W Monroe St,    Chicago, IL 60603-4095
12288627     +Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0001
12288628     +Household Bank,    Attention: HSBC,    Po Box 15522,    Wilmington, DE 19850-5522
12288629     +Hsbc/brgnr,    Po Box 15521,    Wilmington, DE 19850-5521
12288630     +Hsbc/carsn,    Po Box 15522,    Wilmington, DE 19850-5522
12288631     +Hsbc/hmker,    Po Box 15524,    Wilmington, DE 19850-5524
12288632     +Hsbc/mnrds,    Po Box 15522,    Wilmington, DE 19850-5522
12288634     +Law office of Dennis B Porick,    63 West Jefferson Street,    Suite 100,    Joliet, IL 60432-4337
12288635     +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
12443356      PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
12288638     +Pier 1/NB,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
12288640     +Shell Oil / Citibank,    Attn.: Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195-0507
12288641     +Victoria's Secret,    Po Box 182125,    Columbus, OH 43218-2125
12288642     +Virginia Tile,    28320 Plymouth Road,    Livonia, MI 48150-2790
12288643     +WFNNB / Express,    Po Box 182125,    Columbus, OH 43218-2125
12288644     +Wfnnb/dutyfree.com,    4590 E Broad St,    Columbus, OH 43213-1301
12288645     +Wfnnb/the Buckle,    Po Box 182273,    Columbus, OH 43218-2273
12288646     +Williams, Cohen, & Gray, Inc,    8300 Bissonnet,    Suite 640,    Houston, TX 77074-3916

The following entities were noticed by electronic transmission on Jul 10, 2009.
12683606     +E-mail/PDF: rmscedi@recoverycorp.com Jul 10 2009 01:37:08     Capital Recovery II,
                25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12393255      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 10 2009 01:57:20
                Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
12288617     +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 10 2009 01:57:20     Discover Financial,
                Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
12288601      E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2009 01:30:36     GE Money Bank (American Eagle),
                c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
12288620     +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2009 01:30:23     GEMB / Old Navy,
                Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
12288621     +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2009 01:37:33     Gemb/abt Tv,    Po Box 981439,
                El Paso, TX 79998-1439
12288622     +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2009 01:38:00     Gemb/howards,
                Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
12288623     +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2009 01:37:42     Gemb/select Comfort,
                Po Box 981439,    El Paso, TX 79998-1439
12288633     +E-mail/PDF: cr-bankruptcy@kohls.com Jul 10 2009 01:31:19     Kohls,    Attn: Recovery,
                Po Box 3120,    Milwaukee, WI 53201-3120
12288636     +E-mail/Text: tjordan@mcscol.com                            Medical Collections System,
                725 S Wells Ave,    Suite 501,    Chicago, IL 60607-4516
12288637     +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2009 01:37:16     Old Navy/GEMB,
                Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2                Date Rcvd: Jul 09, 2009
Case: 08-14068                Form ID: pdf002          Total Noticed: 59

The following entities were noticed by electronic transmission (continued)
12683607       E-mail/PDF: rmscedi@recoverycorp.com Jul 10 2009 01:37:33
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12395813      +E-mail/PDF: rmscedi@recoverycorp.com Jul 10 2009 01:37:33
                 Recovery Management Systems Corporation,    For GE Money Bank,   dba AMERICAN EAGLE,
                 25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12288639       Prosource Carpet,   c/o Citifinancial
aty*          +Charles J Myler,   Myler Ruddy & McTavish,   105 East Galena Boulevard,   8th Floor,
                 Aurora, IL 60505-3338
                                                                                           TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2009**              **Signature:**    _Joseph Speetjens_