UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: FOWLER, RONALD D § | Case No. 08-14068 |
| FOWLER, LILLIAN J § | |
| REGAL FLOORING, INC. § | |
| Debtor(s) REGAL FLOORING, INC. § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $407,656.72 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $2,038.55 | Claims Discharged Without Payment: $119,142.70 |
| Total Expenses of Administration: $3,275.73 | |

3) Total gross receipts of $ 5,314.28   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00   (see **Exhibit 2**), yielded net receipts of $5,314.28 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $16,012.38 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 1,994.42 | 3,275.73 | 3,275.73 | 3,275.73 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 121,181.25 | 121,181.25 | 2,038.55 |
| **TOTAL DISBURSEMENTS** | $1,994.42 | $140,469.36 | $124,456.98 | $5,314.28 |

4) This case was originally filed under Chapter 7 on May 31, 2008.
. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/08/2009    By: /s/CHARLES J. MYLER
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Crossroads Zinger | 1129-000 | 5,311.87 |
| Interest Income | 1270-000 | 2.41 |
| TOTAL GROSS RECEIPTS | | $5,314.28 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES | | | $0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AmeriCredit Financial Services, Inc. | 4110-000 | N/A | 16,012.38 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | $0.00 | $16,012.38 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 1,281.31 | 1,281.31 | 1,281.31 |
| Charles J. Myler | 2200-000 | N/A | 14.42 | 14.42 | 14.42 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 1,980.00 | 1,980.00 | 1,980.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 3,275.73 | 3,275.73 | 3,275.73 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Law office of Dennis B Porick | 7100-000 | N/A | 7,359.20 | 7,359.20 | 125.76 |
| Law office of Dennis B Porick | 7100-000 | N/A | 2,356.23 | 2,356.23 | 40.26 |
| Discover Bank/DFS Services LLC | 7100-000 | N/A | 7,249.70 | 7,249.70 | 123.88 |

UST Form 101-7-TDR (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| Capital Recovery II | 7100-000 | N/A | 398.65 | 398.65 | 6.81 |
| CHASE BANK USA | 7100-000 | N/A | 17,738.49 | 17,738.49 | 303.12 |
| Chase Bank USA,N.A | 7100-000 | N/A | 1,087.10 | 1,087.10 | 18.58 |
| CHASE BANK USA | 7100-000 | N/A | 15,153.09 | 15,153.09 | 258.94 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 5,632.79 | 5,632.79 | 96.25 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 865.57 | 865.57 | 14.79 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 30,727.53 | 30,727.53 | 525.08 |
| Carpet Cushions (CCS) | 7100-000 | N/A | 759.57 | 759.57 | 12.98 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 21,186.41 | 21,186.41 | 362.04 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 8,781.70 | 8,781.70 | 150.06 |
| Florstar | 7200-000 | N/A | 1,885.22 | 1,885.22 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 121,181.25 | 121,181.25 | 2,038.55 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-14068  
Case Name: FOWLER, RONALD D  
FOWLER, LILLIAN J  
Period Ending: 09/08/09

Trustee: (330510) CHARLES J. MYLER  
Filed (f) or Converted (c): 05/31/08 (f)  
§341(a) Meeting Date: 06/23/08  
Claims Bar Date: 08/25/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2053 Spaulding Avenue, West Dundee, IL 60118, J | 335,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with Harris Bank | 802.48 | 0.00 | DA | 0.00 | FA |
| 3 | living room furniture, family room furniture, ba | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Books, family pictures, CDs, DVDs | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | One set of men's casual & work clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | One set of women's casual and work clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | One set of men's casual and dress clothing (son) | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | One set of women's casual and dress clothing (da | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Men's watch, wedding rings, costume jewelry | 150.00 | 0.00 | DA | 0.00 | FA |
| 10 | Camera, movie camera | 200.00 | 0.00 | DA | 0.00 | FA |
| 11 | Ceramic Tile and Terrazzo Local 67 B.A.C. Pensio | 47,954.24 | 0.00 | DA | 0.00 | FA |
| 12 | 1997 Ford E150 Van with 246,000 miles in poor co | 1,400.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1999 Ford E350 Van with 247,500 miles in poor co | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1995 Honda Civic with 58,000 miles in fair condi | 1,950.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2006 Crossroads Zinger | 10,000.00 | 10,000.00 | | 5,311.87 | FA |
| 16 | 2005 Volvo V50 with over 51,000 miles | 14,600.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.41 | FA |
| 17 | Assets    Totals (Excluding unknown values) | $417,656.72 | $10,000.00 | | $5,314.28 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee sold trailer; final report filed

Initial Projected Date Of Final Report (TFR): September 30, 2008    Current Projected Date Of Final Report (TFR): April 8, 2009 (Actual)

Printed: 09/08/2009 03:51 PM   V.11.51

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-14068 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | FOWLER, RONALD D | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | FOWLER, LILLIAN J | | Account: | ***.*****28-65 - Money Market Account |
| Taxpayer ID #: | 54-6799009 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/08/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/24/08 | {15} | American Auction Associates, Inc. | Sale of trailer | 1129-000 | 5,311.87 | | 5,311.87 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.06 | | 5,311.93 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.41 | | 5,312.34 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 5,312.71 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,312.92 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,313.12 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.23 | | 5,313.35 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,313.56 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,313.76 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.23 | | 5,313.99 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,314.21 |
| 08/11/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.07 | | 5,314.28 |
| 08/11/09 | | To Account #********2866 | Transfer to checking | 9999-000 | | 5,314.28 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,314.28 | 5,314.28 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,314.28 | |
| | | | Subtotal | | 5,314.28 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,314.28 | $0.00 | |

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 08-14068 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | FOWLER, RONALD D | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | FOWLER, LILLIAN J | | Account: | ***.*****28-66 - Checking Account |
| Taxpayer ID #: | 54-6799009 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/08/09 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/11/09 | | From Account #********2865 | Transfer to checking | 9999-000 | 5,314.28 | | 5,314.28 |
| 08/11/09 | 101 | CHARLES J. MYLER | Trustee fee | 2100-000 | | 1,281.31 | 4,032.97 |
| 08/11/09 | 102 | Charles J. Myler | Trustee expenses | 2200-000 | | 14.42 | 4,018.55 |
| 08/11/09 | 103 | Myler, Ruddy & McTavish | Attorneys for trustee fee | 3110-000 | | 1,980.00 | 2,038.55 |
| 08/11/09 | 104 | Law office of Dennis B Porick | #6246 | 7100-000 | | 125.76 | 1,912.79 |
| 08/11/09 | 105 | Law office of Dennis B Porick | #6245 | 7100-000 | | 40.26 | 1,872.53 |
| 08/11/09 | 106 | Discover Bank/DFS Services LLC | #3604 | 7100-000 | | 123.88 | 1,748.65 |
| 08/11/09 | 107 | Capital Recovery II | #1104 | 7100-000 | | 6.81 | 1,741.84 |
| 08/11/09 | 108 | CHASE BANK USA | Acct. xxxx7361 | 7100-000 | | 303.12 | 1,438.72 |
| 08/11/09 | 109 | Chase Bank USA,N.A | Acct. #xxxx6330 | 7100-000 | | 18.58 | 1,420.14 |
| 08/11/09 | 110 | CHASE BANK USA | Acct. #xxxx1049 | 7100-000 | | 258.94 | 1,161.20 |
| 08/11/09 | 111 | PYOD LLC its successors and assigns as assignee of | Acct. #xxxx8244 | 7100-000 | | 96.25 | 1,064.95 |
| 08/11/09 | 112 | PYOD LLC its successors and assigns as assignee of | Acct. #xxxx3223 | 7100-000 | | 14.79 | 1,050.16 |
| 08/11/09 | 113 | PYOD LLC its successors and assigns as assignee of | Acct. #xxxx1795 | 7100-000 | | 525.08 | 525.08 |
| 08/11/09 | 114 | Carpet Cushions (CCS) | Acct. #xxxx2612 | 7100-000 | | 12.98 | 512.10 |
| 08/11/09 | 115 | PYOD LLC its successors and assigns as assignee of | Acct. #xxx2849 | 7100-000 | | 362.04 | 150.06 |
| 08/11/09 | 116 | PYOD LLC its successors and assigns as assignee of | Acct. #xxxx1104 | 7100-000 | | 150.06 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 5,314.28 | 5,314.28 | $0.00 |
| Less: Bank Transfers | | 5,314.28 | 0.00 | |
| Subtotal | | 0.00 | 5,314.28 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $5,314.28 | |

| Net Receipts : | 5,314.28 |
|---|---|
| Net Estate : | $5,314.28 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***.*****28-65 | 5,314.28 | 0.00 | 0.00 |
| Checking # ***.*****28-66 | 0.00 | 5,314.28 | 0.00 |
| | $5,314.28 | $5,314.28 | $0.00 |